IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>GRIMES & REESE P.L.L.C., KEVIN D. GRIMES, and MLM COMPLIANCE VT, LLC<br><br>Defendants. | Civil Action No. 3:14-cv-351 |

## ORDER APPROVING SETTLEMENT

This matter is before the Court upon the Receiver's Motion to Approve Settlement Agreement filed June 2, 2015. The Court has reviewed the motion and proposed settlements and finds that the proposed settlement is in the best interests of the Zeek victims. Accordingly, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1. the Receiver's Motion to Approve Settlement Agreement is hereby **GRANTED**;

2. the Settlement Agreement attached to the motion is approved, and the Receiver is hereby authorized to perform according to the terms of that Settlement Agreement;

Signed: June 2, 2015

Graham C. Mullen
United States District Judge