IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>GRIMES & REESE P.L.L.C., KEVIN D. GRIMES, and MLM COMPLIANCE VT, LLC<br><br>Defendants. | Civil Action No. 3:14-cv-351 |

**DISMISSAL OF ACTION PURSUANT TO APPROVED SETTLEMENT AGREEMENT**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement previously approved by this Court on June 3, 2015, Plaintiff hereby dismisses this action with prejudice. Each party shall bear their own costs.

Respectfully submitted this 24TH day of June, 2015.

By: /s/ Irving M. Brenner
Kenneth D. Bell, Receiver, Esq.
N.C. State Bar No. 10800
Irving M. Brenner, Esq.
N.C. State Bar No. 15483
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000 (28202)
Post Office Box 31247
Charlotte, North Carolina 28231
Telephone: 704-373-4620
Facsimile: 704-373-8836
kbell@mcguirewoods.com
ibrenner@mcguirewoods.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic copies to counsel of record registered to receive electronic service.


Dated: June 24, 2015


                /s/ Irving M. Brenner